```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
    ACE AMERICAN INSURANCE COMPANY,

                                 Plaintiff,        1:22-cv-00203-GHW

                   -against-                ORDER

    ENDURANCE AMERICAN INSURANCE
    COMPANY and GREAT DIVIDE INSURANCE
    COMPANY,

                              Defendants.
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      On January 13, 2022 this case was reassigned to Judge Nelson Stephen Roman. Therefore, the initial pretrial conference originally scheduled for March 10, 2022 before this Court, Dkt. No. 10, is adjourned *sine die*.

      SO ORDERED.

Dated: March 2, 2022
New York, New York
                                                                    GREGORY H. WOODS
                                                  United States District Judge