```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACE AMERICAN INSURANCE COMPANY,

                Plaintiff,

  -against-

ENDURANCE AMERICAN INSURANCE COMPANY and GREAT DIVIDE INSURANCE COMPANY,

                Defendants.

No. 22 CIV 203 (NSR)

**ORDER OF DISMISSAL**

NELSON S. ROMÁN, United States District Judge:

On December 12, 2022, this Court ordered Plaintiff to "show cause in writing on or before December 27, 2022 why this action should not be dismissed without prejudice for want of persecution pursuant to Fed. R. Civ. P. 41(b)." (ECF No. 14.)  Plaintiff was warned that "[f]ailure to comply with this Court's present order will result in dismissal of this case for want of prosecution." (*Id.*)  As of January 11, 2023, Plaintiff has not responded to this Court's December 12, 2022 Order to Show Cause.  Accordingly, it is hereby

ORDERED that Plaintiff's claims be dismissed without prejudice for want of prosecution.

The Clerk of Court is respectfully directed to terminate the action.

Dated:   January 11, 2023                 SO ORDERED:
        White Plains, New York

                                                        _____
                                                            NELSON S. ROMÁN
                                                    United States District Judge